WALTER F. DOWNEY, as Receiver of the First National Bank and Trust Company of Yonkers, Respondent, v. ALEX. J. WHITE, INC., Appellant, and Others, Defendants; KRISTEN KRISTENSEN, Receiver, etc., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ANNIE FITZGERALD, Plaintiff, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent. EDWARD J. FITZGERALD and Another, Executors, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

FIVE-BORO EXTERMINATORS, INC., Respondent, v. CLAIRVIEW REALTY CO., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

JOSEPH B. GAINES, Respondent, v. BRYANT PARK BUILDING, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of Acquiring Title to CROSS ISLAND PARKWAY from Cross Island Boulevard at 155th St. to Laurelton Parkway at 120th Ave., etc., Borough of Queens, City of New York. JOHN GOLDEN, Appellant; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of JAMAICA CONCRETE CORPORATION, Assignor, to ABRAHAM A. WEDEEN, Assignee, Respondent; CHARLES MASHOLIE, Appellant; JACOB A. VISEL, Temporary Receiver, Respondent; DANIEL J. SALVATOR and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Owner and Holder of a Certain Mortgage Affecting Property Situate in the County of Kings, State of New York, and Known as 8640 Bay Parkway, Borough of Brooklyn, City of New York, for an Order Directing the Payment of Surplus Income of Said Property to Apply Towards the Reduction of Any Past Due Principal of Said Mortgage or Permitting Foreclosure of Said Mortgage, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. TITLE GUARANTEE AND TRUST COMPANY, Appellant; RIDGE HOLDING CORP., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

HARRY O. McCARTHY, Respondent, v. MARY MAY McCARTHY, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

IDA OSNER, Respondent, v. BARNETT BARON, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

PETROLEUM MARKETERS CO., INC., Respondent, v. NAT KATLER, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.